```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE SOUTHERN DISTRICT OF OHIO
                         EASTERN DIVISION
```

United States of America

    v.                                2:16-cr-114
                                   Judge Marbley

Daniel Navarro-Marin

### ORDER

    There being no objections, the court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 37) that the defendant's guilty plea be accepted. The court accepts the defendant's plea of guilty to Counts 1 and 2 of the Indictment, and he is hereby adjudged guilty on those counts. The court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: October 25, 2016          _____s\Algenon L. Marbley_____
                                       Algenon L. Marbley
                                       United States District Judge